IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELVIN A. SPOONER, et al.,

    Plaintiffs,

       v.

WELLS FARGO BANK, N.A.,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3673-TWT

## ORDER

This is the latest pro se civil action arising out of foreclosure and disspossessory proceedings involving the Plaintiffs and their property. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Plaintiffs' objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of November, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Spooner\r&r.wpd